**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> v. ) <br> ) <br> **SERGION CRAIG-COX,** ) <br> ) <br> **Defendant.** ) | Case No. 23-CR-10016 |

### ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On December 21, 2023, Report and Recommendation (#24) was filed by United States Magistrate Judge Jonathan E. Hawley in this case, recommending that Defendant Sergion Craig-Cox's plea of guilty be accepted. More than fourteen days have elapsed, and no objections have been made. This court therefore ACCEPTS the recommendation of the Magistrate Judge. Defendant's plea of guilty as to Counts 1, 2 and 3 of the Indictment (#10) is accepted by the court and Defendant is adjudged guilty of Counts 1, 2 and 3 of the Indictment. The Magistrate Judge's order that the United States Probation Office is to prepare a pre-sentence investigation report remains in effect. Sentencing remains set for April 23, 2023, at 10:00 a.m. in Courtroom B in Peoria, before the undersigned.

ENTERED this 5th Day of January, 2024.

                                                     s/ Michael M. Mihm
                                                   MICHAEL M. MIHM
                                                   SENIOR U.S. DISTRICT JUDGE